**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RANDY T. MAYO
ADC #134578                                                                                              PLAINTIFF

V.                                    2:09CV00066 BSM/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A: (a) Plaintiff shall PROCEED with his free exercise claim against Defendants Norris, Hobbs, Harmon, Carnes, and James; and (b) Defendant Arkansas Department of Correction is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. The Clerk is directed to prepare a summons for Defendants Norris, Hobbs, Harmon, Carnes, and James. The United States Marshal is directed to serve the summons, the Complaint, the Amended Complaint, and this Order on them through the ADC Compliance Division without

prepayment of fees and costs or security therefor.[1]

Dated this 22nd day of July, 2009.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **SEALED** Statement providing the last known private mailing address for the unserved Defendant.