# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**RANDY T. MAYO**
**ADC #134578**                                                                                              **PLAINTIFF**

**V.**                                                  **2:09CV00066 BSM/JTR**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction, et al.**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 4th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE